# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| DARIUS PRINTUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 2:22-cv-00098-JPH- MKK |
| | ) |
| VANIHEL, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Vanihel, Leffler, Gilbert, and Lamb ("Defendants"), by counsel, submit their Motion for Summary Judgment and respectfully move the Court for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56. In support of this Motion, Defendants state:

1. Plaintiff Darius Printup is an offender serving a sentence in the Indiana Department of Correction at Wabash Valley Correctional Facility ("WVCF").

2. Plaintiff filed his complaint on March 14, 2022, in which he alleged that Defendants violated his Eighth and First Amendment rights by placing him in a strip cell and removing his property on February 18, 2022. [See generally Dkt. 1].

3. Defendants are entitled to summary judgment because the conditions of Plaintiff's confinement were not sufficiently serious and Defendants were not deliberately indifferent to Plaintiff's health and safety. Further, Defendants are entitled to summary judgment on Plaintiff's First Amendment and RLUIPA claims because did not violate Plaintiff's First Amendment because they had a legitimate penological interest in removing Plaintiff's property and they did not place a substantial burden on Plaintiff's free exercise of religion.

1

4. In support of this Motion, Defendants submit a Designation of Evidence [Dkt. 37] and a Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Dkt. 38].

**WHEREFORE,** Defendant respectfully requests that the Court grant their Motion for Summary Judgment, and for all other just and proper relief.

Respectfully submitted,

Date: June 8, 2023   By: Jordan D. Hall
Attorney No. 37633-49
**Lewis And Wilkins LLP**
8777 Purdue Road, Suite 104
Indianapolis, IN 46268-3104
Phone: (317) 636-7460
Fax: (317) 636-7505
Email: hall@lewisandwilkins.com

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that on June 8, 2023, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non CM/ECF participants:

Darius Printup
DOC #280904
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

                                              Jordan D. Hall
                                              Attorney No. 37633-49
                                              **Lewis And Wilkins LLP**
                                              8777 Purdue Road, Suite 104
                                              Indianapolis, IN 46268-3104
                                              Phone: (317) 636-7460
                                              Fax: (317) 636-7505
                                              Email: hall@lewisandwilkins.com